IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

EDWIN F. WASHINGTON,

    Plaintiff,

vs.                                CASE NO. 5:08CV177-RS/AK

C. PRANNON, et al,

    Defendants.

_____/

## O R D E R

Plaintiff has moved for reconsideration of the Order granting him leave to proceed IFP, without prepayment of fees, on the grounds that he should not have to pay the full filing fee, which is **$350.00**, at any time. 28 U.S.C. §1915 **requires** that prisoners pay the full filing fee as their inmate accounts allow. Consequently, Plaintiff's motion for reconsideration (doc. 6) is **DENIED**.

**DONE AND ORDERED** this *15th* day of August, 2008.

                                  *s/ A. KORNBLUM*
                                  ALLAN KORNBLUM
                                  UNITED STATES MAGISTRATE JUDGE