IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

EDWIN F. WASHINGTON,

    Plaintiff,

vs.                                    CASE NO. 5:08cv177/RS-GRJ

C. PRANNON, Assistant Warden,
et al,

    Defendants.
_____/

## ORDER

Before me is the Magistrate Judge's Order and Report and Recommendation (Doc. 32). Plaintiff has not filed objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is approved and is incorporated in this Order.

2. This case is dismissed pursuant to 28 U.S.C. §1915(g) for failure to comply with an order of this court and for failure to procecute.

3. The clerk is directed to close the file.

**ORDERED** on May 23, 2011.

                                            /S/ Richard Smoak
                                            **RICHARD SMOAK**
                                            **UNITED STATES DISTRICT JUDGE**